

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00006-CV

Rex **SAPENTER**,
Appellant

v.

Dorothy **KEYS**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI16773
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order that appellee Dorothy Keys recover her costs of this appeal, if any, from appellant Rex Sapenter.

SIGNED February 12, 2025.

_____
Velia J. Meza, Justice